# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRISTOL, A. J. | US BANKRUPTCY SOUTHERN FLORIDA | 09/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE EMERITUS | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

C. CLYDE ATKINS COURTHOUSE
301 NORTH MIAMI AVENUE
CHAMBERS 717
MIAMI, FLORIDA 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee of the Board | American Red Cross, Greater Miami & Keys Chapter |
| 2. | Judicial Director | University of Miami School of Law Alumni Association |
| 3. | Trustee | Trust #2 |
| 4. | Trustee | Trust #3 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2/5/15 - 2/6/15 | Grand Cayman, Grand Cayman Islands | Educational seminar or program | Air, Hotel, meals |
| 2. | Bankruptcy Bar Assn | 5/7/15 - 5/10/15 | Bonita Springs, FL | Educational seminar or program | Hotel, Meals |
| 3. | National Conference of Bankruptcy Judges | 9/27/15 - 9/30/15 | Chicago, IL | Educational seminar or program | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 713 General Electric | D | Dividend | M | T | | | | | |
| 2. 924 Hospitality Properties | B | Dividend | J | T | | | | | |
| 3. 479 Blackrock | B | Dividend | J | T | | | | | |
| 4. 530 Miami-Dade Aviation | B | Interest | M | T | | | | | |
| 5. 532 Cohen & Steers | C | Distribution | K | T | | | | | |
| 6. 568Elbit | A | Dividend | K | T | | | | | |
| 7. 571 AT&T | C | Dividend | L | T | | | | | |
| 8. 642 Nuveen Real Estate Fund Com | A | Dividend | K | T | | | | | |
| 9. 643 Plains All American Pipeline Com | B | Distribution | | | Sold | 09/29/15 | K | A | |
| 10. CVS Caremark | A | Dividend | K | T | Buy (add'l) | 10/30/15 | J | | |
| 11. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 12. Mondelez Inc | A | Dividend | K | T | | | | | |
| 13. Starbucks | A | Dividend | K | T | | | | | |
| 14. Miller Convertible Fund | A | Dividend | | | Sold | 06/01/15 | J | C | |
| 15. District Columbia Ambac | A | Interest | | | Sold | 06/01/15 | K | A | |
| 16. Hillsborough County FL | B | Int./Div. | K | T | | | | | |
| 17. Arizona St Transn Brd | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbett Floating Rate/High Yield | C | Dividend | L | T | Buy (add'l) | 04/16/15 | K | | |
| 19. | | | | | Buy (add'l) | 12/07/15 | K | | |
| 20. | | | | | Sold (part) | 12/07/15 | K | A | |
| 21. RS Floating Rate Fund | C | Dividend | | | Sold | 04/16/15 | K | A | |
| 22. Apple Inc | B | Dividend | L | T | | | | | |
| 23. Amgen Inc | A | Dividend | K | T | | | | | |
| 24. Celgene Corp | | None | K | T | | | | | |
| 25. Comcast Corp NEw Special CL A | A | Dividend | K | T | Buy (add'l) | 08/07/15 | J | | |
| 26. Mednax Inc | | None | K | T | Buy (add'l) | 10/22/15 | J | | |
| 27. Novo Nordisk ADR Denmark | A | Dividend | K | T | Buy (add'l) | 10/14/15 | J | | |
| 28. Tata Motors LTD | | None | | | Sold | 04/14/15 | J | A | |
| 29. Grandeur Peak Int'l Oppertunities | B | Distribution | K | T | | | | | |
| 30. Williams Partners LP MLP | A | Distribution | | | Sold (part) | 02/02/15 | J | A | |
| 31. | | | | | Sold | 09/29/15 | J | A | |
| 32. Genesis Energy LP | B | Distribution | K | T | | | | | |
| 33. St Johns Cnty FL | B | Interest | K | T | | | | | |
| 34. Angel Oak Multi Strategy | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. UBS AG Trigger | | None | L | T | | | | | |
| 36. Alleregen PLC | | None | L | T | | | | | |
| 37. Air Lease | A | Dividend | | | Sold | 07/24/15 | J | A | |
| 38. CBS Corp New CL B | A | Dividend | J | T | Buy (add'l) | 10/09/15 | J | | |
| 39. Constallation Brands Inc CL A | A | Dividend | K | T | | | | | |
| 40. Envision Healthcare Hldgs Inc | | None | | | Sold | 10/22/15 | J | A | |
| 41. Gilead Sciences Inc | A | Dividend | K | T | Buy (add'l) | 10/14/15 | J | | |
| 42. Alphabet Inc CL A | | None | K | T | Buy (add'l) | 07/24/15 | J | | |
| 43. Alphabet Inc CL C | | None | J | T | Sold (part) | 05/04/15 | J | A | |
| 44. Kinder Morgan Inc. | B | Dividend | | | Sold | 09/29/15 | K | A | |
| 45. Mobileye N.V. Amstelveen Eur | | None | J | T | | | | | |
| 46. Royal Bank of Canada Trigger PS SPX | | None | L | T | | | | | |
| 47. Grandeur Peak Global | B | Dividend | K | T | | | | | |
| 48. 13D Actavist Fund Class | | None | J | T | | | | | |
| 49. Azure Midstream Partners LP MLP | A | Distribution | | | Sold | 09/29/15 | J | A | |
| 50. Spectra Energy Partners LP | A | Distribution | K | T | Buy (add'l) | 03/11/15 | J | | |
| 51. Sunoco Logistics Partners | A | Distribution | | | Sold | 09/29/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Western Gas Partners LP | A | Distribution | | | Sold | 09/29/15 | K | A | |
| 53. Florida ST BRD ED PUB ED | B | Interest | K | T | | | | | |
| 54. Goldman Sachs Strategic | A | Dividend | | | Sold | 05/14/15 | K | A | |
| 55. Legg MAson BW | A | Dividend | | | Sold (part) | 12/07/15 | K | A | |
| 56. | | | | | Sold | 12/07/15 | K | A | |
| 57. Mainstay Unconstrained bond fund | A | Dividend | | | Sold | 10/09/15 | K | A | |
| 58. Royal Bank of Canada Trigger STEP PS SXE | | None | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. Deutsche Bank AG Trigger | | None | K | T | | | | | |
| 61. Goldman Sachs Group Trigger | | None | K | T | | | | | |
| 62. Citigroup Inc Trigger | | None | K | T | | | | | |
| 63. Home Depot Inc | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 64. RMR Group Inc/ The CL A | | None | J | T | Buy | 12/15/15 | J | | |
| 65. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 66. | | | | | Sold (part) | 12/15/15 | J | A | |
| 67. UnitedHealth Group Inc | A | Dividend | K | T | Buy | 08/24/15 | J | | |
| 68. | | | | | Buy (add'l) | 10/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VF Corp | A | Dividend | K | T | Buy | 02/17/15 | J | | |
| 70. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 71. Virgin Amer Inc | | None | J | T | Buy | 01/28/15 | J | | |
| 72. JP Morgan Chase & Co | | None | K | T | Buy | 12/08/15 | K | | |
| 73. Barclay's Bank PLC | | None | L | T | Buy | 12/07/15 | K | | |
| 74. Maine St Hsg Auth Mtge P SR D | A | Int./Div. | L | T | Buy | 06/17/15 | K | | |
| 75. North Dakota St Hsg FIN Sr D RV | | None | K | T | Buy | 11/10/15 | J | | |
| 76. Angel Oak Flexible Inc Fund CL I | A | Int./Div. | K | T | Buy | 07/16/15 | K | | |
| 77. RS High Income Municipal Bd Fund | | None | M | T | Buy | 03/31/15 | L | | |
| 78. | | | | | Buy (add'l) | 05/14/15 | K | | |
| 79. | | | | | Buy (add'l) | 10/09/15 | K | | |
| 80. Allianze High YieldBond Fd CL P | B | Int./Div. | | | Buy | 01/28/15 | K | | |
| 81. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 82. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 83. | | | | | Sold (part) | 06/18/15 | K | A | |
| 84. | | | | | Sold | 07/16/15 | L | A | |
| 85. Lauder estee COS CL A (x) | A | Dividend | | | Sold | 08/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stan;ey L/O TPAOS SPX | | None | K | T | Buy | 11/25/15 | K | | |
| 87. HSBC USA Inc | | None | K | T | Buy | 08/26/15 | K | | |
| 88. JP Morgan Chase Trigger PS SXE5 | | None | J | T | Buy | 04/28/15 | J | | |
| 89. Royal Bank of Canada Trigger ROS SPX | | None | K | T | | | | | |
| 90. Royal Bank of Canada Trigger ROS SP5E | | None | J | T | Buy | 07/29/15 | J | | |
| 91. Trust # 2 | G | Int./Div. | P1 | T | | | | | |
| 92. -235 FL ST BD | | | | | | | | | |
| 93. -285 Wal Mart | | | | | Sold | 10/15/15 | K | D | |
| 94. -466 Johnson&Johnson | | | | | | | | | |
| 95. -636 Dade County S/O v | | | | | | | | | |
| 96. -738 Ebay | | | | | | | | | |
| 97. -789 Automatic Data | | | | | Buy (add'l) | 12/07/15 | J | | |
| 98. -794 Procter&Gamble | | | | | Sold | 10/14/15 | J | A | |
| 99. -904 Hospitality Properties | | | | | | | | | |
| 100. -971 General Electric | | | | | | | | | |
| 101. -29 Home Depot | | | | | | | | | |
| 102. -129 Macquarie | | | | | Sold (part) | 10/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/14/15 | J | A | |
| 104. -351 Heico | | | | | | | | | |
| 105. -394 Teekay Offshore Fund | | | | | Sold | 09/29/15 | J | A | |
| 106. -404 AT&T (X) | | | | | | | | | |
| 107. -423 Opko Health | | | | | | | | | |
| 108. -462 Cohen&Steers | | | | | | | | | |
| 109. -492 Akamai Technologies | | | | | | | | | |
| 110. -504 GE (X) | | | | | | | | | |
| 111. -507 Palm Beach Waste | | | | | | | | | |
| 112. -519 Miami Dade Aviation | | | L | T | Buy (add'l) | 02/06/15 | L | | |
| 113. | | | | | Sold (part) | 01/01/15 | J | A | |
| 114. -549 New York Development | | | | | | | | | |
| 115. -584 South Indian River SER 2006 | | | | | | | | | |
| 116. -604 FL State Mid Bay Bridge | | | | | | | | | |
| 117. -605 Lee Mem Hlth | | | | | | | | | |
| 118. -613 Univ Cnt Fla | | | | | Sold | 10/01/15 | K | A | |
| 119. -Alphabet Inc. CL A | | | | | Buy (add'l) | 12/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -662 Lake Cnty FL Sch Brd CTF Partn | | | | | Sold | 06/01/15 | J | A | |
| 121.  -674 Port St. Lucie Fl Research Faci | | | | | | | | | |
| 122.  -93 Donald. F. Rubin, INC. | | | | | | | | | |
| 123.  -703 Michael Kors Hldgs LTD | | | | | Sold | 06/15/15 | J | A | |
| 124.  -704 Allergan INC | | | | | Buy (add'l) | 03/17/15 | J | | |
| 125. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 126. | | | | | Sold (part) | 03/17/15 | K | E | |
| 127.  -705 Check Point Software Tech LTD ILS | | | | | | | | | |
| 128.  -709 American Tower Corp | | | | | | | | | |
| 129.  -710 Canadian Riv Mun | | | | | Sold | 02/15/15 | K | A | |
| 130.  -715 Georgia Hsg & Fin Auth | | | | | | | | | |
| 131.  -720 Lord Abbet Floating | | | | | Sold (part) | 12/07/15 | L | A | |
| 132.  -721 McDonalds Corp | | | | | | | | | |
| 133.  -722 Mednax Inc | | | | | | | | | |
| 134.  -724 Microsoft Corp | | | | | | | | | |
| 135.  -725 Miller Convertible Fund Class A | | | | | Sold (part) | 03/02/15 | J | A | |
| 136. | | | | | Sold | 03/02/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -727 Neveda ST Fgic | | | | | | | | | |
| 138.  -728 Nike Inc CL | | | | | Buy (add'l) | 12/11/15 | J | | |
| 139.  -729 Qualcomm Inc | | | | | Sold | 08/27/15 | J | A | |
| 140.  -730 RS Floating Rate Fund Class A | | | | | Sold (part) | 03/31/15 | L | A | |
| 141. | | | | | Sold | 04/16/15 | L | A | |
| 142.  -733 Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 12/07/15 | J | | |
| 143.  -735 Union Pacific Corp | | | | | | | | | |
| 144.  -736 Wynn Resorts | | | | | | | | | |
| 145.  -1 TJX Cos Inc New | | | | | | | | | |
| 146.  -2 Panera Bread Comp CL A | | | | | Sold | 02/17/15 | J | A | |
| 147.  -3 AT&T Inc | | | | | | | | | |
| 148.  -4 SPDR Gold Trust | | | | | | | | | |
| 149.  -Angel Oak Multi Strategy Income Class Instl | | | | | Buy (add'l) | 01/20/15 | K | | |
| 150. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 151. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 152. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 153.  -9 Pepsico Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -12 Yahoo Inc | | | | | | | | | |
| 155. -13 Hercules Technology Growth | | | | | | | | | |
| 156. -15 Lord Abbett Floating Rate Fund A | | | | | Buy (add'l) | 03/16/15 | J | | |
| 157. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 158. -16 RS Floating Rate Fund A | | | | | | | | | |
| 159. - Village Cmnty Dev No 6 Ser 2013 | | | | | | | | | |
| 160. - Chicago IL BRD ED, GO SER 2012A | | | | | Sold | 11/18/15 | K | A | |
| 161. - Amer Express | | | | | | | | | |
| 162. - Ares Capital Corp | | | | | Sold | 11/18/15 | J | A | |
| 163. - Cummins Inc | | | | | Sold | 11/18/15 | J | C | |
| 164. - Enbridge Energy Partners LP | | | | | Sold | 09/29/15 | J | A | |
| 165. - Energy Transfer Partners LP | | | | | | | | | |
| 166. - Genesis Energy LP Unit LTD | | | | | Sold (part) | 09/29/15 | J | A | |
| 167. | | | | | Sold | 09/29/15 | K | A | |
| 168. - HSBC USA Inc | | | | | Sold | 06/16/15 | K | E | |
| 169. - Citigroup Funding Inc | | | | | | | | | |
| 170. - Citigroup Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Dade CNTY FL Spl Ser 1996 B | | | | | | | | | |
| 172.  - Chicago IL O'Hare Int'l Airport | | | | | | | | | |
| 173.  - Florida St Governmental Util Ser 2003 | | | | | | | | | |
| 174.  - Halifax Hosp Med Ctr FL Ser 2006A | | | | | | | | | |
| 175.  - Hernando Cnty FL Sch BD Ser 2006 | | | | | | | | | |
| 176.  -Allianz High High Yield Bond Class P | | | | | Sold (part) | 06/18/15 | K | A | |
| 177. | | | | | Sold (part) | 06/18/15 | J | A | |
| 178. | | | | | Sold (part) | 06/18/15 | K | A | |
| 179. | | | | | Sold (part) | 07/16/15 | K | A | |
| 180. | | | | | Sold | 07/16/15 | L | A | |
| 181.  -American Airls Group | | | | | | | | | |
| 182.  -Blackstone Group LP | | | | | | | | | |
| 183.  -Costco Wholesale | | | | | | | | | |
| 184.  -Denver Co City & CNty | | | | | Sold | 12/07/15 | L | A | |
| 185.  -Ecolab Inc (X) | | | | | | | | | |
| 186.  -Energy Transger Partners | | | | | | | | | |
| 187.  -Goldman Sachs Strategic Inc | | | | | Sold (part) | 06/10/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 06/10/15 | K | A | |
| 189.  -Legg Mason BW ALternative | | | | | Buy (add'l) | 01/20/15 | J | | |
| 190. | | | | | Sold (part) | 09/29/15 | L | A | |
| 191. | | | | | Sold (part) | 11/23/15 | K | A | |
| 192.  -New York NY Fiscal | | | | | | | | | |
| 193.  -Ralph Lauren Corp | | | | | Sold | 06/29/15 | J | A | |
| 194.  -Targa Rresources Partners | | | | | | | | | |
| 195.  -Whole Foods Market Inc | | | | | Sold | 08/03/15 | J | A | |
| 196.  -Wisconsin St Clean Wtr | | | | | | | | | |
| 197.  -JP Morgan Chase & Co Trigger | | | | | | | | | |
| 198.  -Credit Suisse AG Trigger | | | | | Buy (add'l) | 06/25/15 | K | | |
| 199.  -Royal Bank of Canada Trigger SPS SPX | | | | | Buy (add'l) | 12/28/15 | K | | |
| 200.  -Barclays Bank PLC Trigger PAOS RTY | | | | | Buy | 12/07/15 | J | | |
| 201. | | | | | Buy (add'l) | 12/07/15 | K | | |
| 202.  - Angel Oak Flexible Income Fund Clcass I | | | | | Buy | 07/16/15 | K | | |
| 203. | | | | | Buy (add'l) | 07/16/15 | K | | |
| 204.  -Lord Abbett High Yield Fd CL F | | | M | T | Buy (add'l) | 06/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 27

**Name of Person Reporting**

CRISTOL, A. J.

**Date of Report**

09/24/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 206. | | | | | Sold (part) | 12/05/15 | J | A | |
| 207. | | | | | Sold (part) | 12/07/15 | L | A | |
| 208. - Sentinel Total RTN BD 1 | | | | | Buy | 01/20/15 | J | | |
| 209. | | | | | Sold (part) | 12/07/15 | L | A | |
| 210. -DuPont De Demours | | | | | Buy | 01/02/15 | L | | |
| 211. | | | | | Sold (part) | 09/29/15 | M | C | |
| 212. -Chemours Co | | | | | Spinoff (from line 210) | 01/15/15 | J | | |
| 213. -Whiting USA (x) | | | | | Sold (part) | 01/02/15 | K | A | |
| 214. -Seadrill LTD US Line (X) | | | | | Sold (part) | 02/09/15 | K | A | |
| 215. -Alphabet Inc. CL C | | | | | Sold | 05/04/15 | J | A | |
| 216. -Facebbok Inc CL A | | | | | Buy | 05/05/15 | J | | |
| 217. -Globus Med Inc CL A | | | | | Buy | 12/07/15 | J | | |
| 218. -RMR Group Inc/CL A | | | | | Buy | 12/15/15 | J | | |
| 219. | | | | | Sold (part) | 12/15/15 | J | A | |
| 220. -WP CaareyInc Reit | | | | | Buy | 05/06/15 | J | | |
| 221. | | | | | Buy (add'l) | 06/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Barclays Bank PLC Airbag PS SPX | | | | | Buy | 03/26/15 | K | | |
| 223.  -Maine ST Hsg Auth Mtge P SR D | | | | | Buy | 06/17/15 | L | | |
| 224.  -North Dakota ST Hsg Fin SR D RV | | | | | Buy | 11/10/15 | K | | |
| 225.  -RS High Income Municipal Bond Fund Class Y | | | | | Buy | 03/30/15 | K | | |
| 226. | | | | | Buy (add'l) | 04/16/15 | K | | |
| 227. | | | | | Buy (add'l) | 06/02/15 | K | | |
| 228. | | | | | Buy (add'l) | 12/21/15 | K | | |
| 229.  -Goldmand Sachs Group Trigger ROS MID | | | | | Buy | 01/27/15 | K | | |
| 230.  -Morgan Stanley Chase Trigger PS Int'l Eqty Bsk | | | | | Buy | 11/25/15 | K | | |
| 231.  -Deutsche Bank AG L/O TPAOS SPX SX5E | | | | | Buy | 12/29/15 | K | | |
| 232.  -Goldmand Sachs Group Trigger AOS RTY | | | | | Buy | 03/27/15 | K | | |
| 233.  -Royal Bank of Canada Trigger PS EFA | | | | | Buy | 06/25/15 | J | | |
| 234.  -JP Morgan Chase & CO TriggerPS DXK | | | | | Buy | 06/26/15 | J | | |
| 235.  - Kinder Morgan Inc, | | | | | Sold | 09/29/15 | K | A | |
| 236.  -PJT Partners Inc (x) | | | | | Sold (part) | 10/01/15 | J | A | |
| 237. | | | | | Sold | 10/09/15 | J | A | |
| 238.  Trust # 3 | G | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -207 Helios | | | | | | | | | |
| 240. -225 Six Flags 8.875 | | | | | Sold | 04/14/15 | J | A | |
| 241. -311 General Motors Company Warrant 072016 | | | | | | | | | |
| 242. -259 Lennar Corporation CL A (X) | | | | | Sold | 06/02/15 | J | A | |
| 243. -264 General Motors Company Warrant 072019 | | | | | | | | | |
| 244. -276 General Motors Company(GM) | | | | | | | | | |
| 245. -285 Ford Motor | | | | | | | | | |
| 246. -414 Occidental Pete Corporation | | | | | | | | | |
| 247. -434 Six Flags 9.625 | | | | | | | | | |
| 248. -623 US Concrete Inc. B | | | | | | | | | |
| 249. -624 US Concrete Inc. A | | | | | | | | | |
| 250. - Capital Product Partners LP | | | | | | | | | |
| 251. - Transocean Limited REG SHS | | | | | Sold (part) | 02/09/15 | K | A | |
| 252. | | | | | Sold (part) | 08/27/15 | K | A | |
| 253. - Chesapeak Granite Wash TR | | | | | Sold (part) | 01/02/15 | K | A | |
| 254. | | | | | Sold | 03/16/15 | K | A | |
| 255. -General Electric Company | | | | | Sold | 07/24/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Linnco LLC ComSHS LTD Int | | | | | Sold (part) | 01/02/15 | K | A | |
| 257. | | | | | Sold | 03/31/15 | L | A | |
| 258. -Catchmark Timber TR Incorporated | | | | | | | | | |
| 259. -Amazon Com Incorporated | | | | | | | | | |
| 260. -Hi-Crush Partners LP Com | | | | | | | | | |
| 261. -Memorial Prodtn Partners LP | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. -BP PLC Sponsored ADR (United Kingdom) | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. -Crossamerica Partners LP | | | | | Sold | 01/02/15 | L | D | |
| 266. -CIT Group Incorporated Com | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. -Fidus Invt Corporation | | | | | | | | | |
| 269. -Du Pont E I De Nemours Co | | | | | | | | | |
| 270. -Angel Oak Multi-Strategy Inc Fund Class Instl | | | | | Buy (add'l) | 01/02/15 | K | | |
| 271. | | | | | Buy (add'l) | 07/16/15 | L | | |
| 272. -RS Floating Rate Class Y | | | | | Sold (part) | 03/31/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Lord Abbett Floating Rate fD Cl F | | | | | Buy | 02/17/15 | K | | |
| 274. | | | | | | | | | |
| 275. -Goldman Sachs Strategic Income | | | | | Sold | 06/02/15 | J | C | |
| 276. -Seadrill LTD US Line | | | | | Sold (part) | 01/02/15 | K | A | |
| 277. | | | | | Sold (part) | 02/09/15 | K | A | |
| 278. - Sentinal Total RTN Bnd 1 (X) | | | | | Sold (part) | 11/16/15 | K | A | |
| 279. -UNTD Rentals Inc | | | | | Sold | 06/02/15 | J | A | |
| 280. -Florida ST Brd ED Lottery | | | | | | | | | |
| 281. -Perrigo CO PLC EUR | | | | | Sold | 08/06/15 | J | B | |
| 282. -Legg Mason BW Alternative | | | | | | | | | |
| 283. -Brookfield High Income FD | | | | | | | | | |
| 284. -UBS AB Trigger | | | | | | | | | |
| 285. -Citigroup Inc Trigger | | | | | | | | | |
| 286. -Unum Group (X) | | | | | Sold | 07/24/15 | J | B | |
| 287. -Biogen Inc | | | | | Buy | 04/09/15 | J | | |
| 288. -Home Depot Inc | | | | | Buy | 11/16/15 | J | | |
| 289. -Illumina Inc | | | | | Buy | 03/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 291. | | | | | Buy (add'l) | 11/27/15 | J | | |
| 292. -Linkedin Corp C: A | | | | | Buy | 04/02/15 | J | | |
| 293. -Mastercard Inc CL A | | | | | Buy | 07/24/15 | J | | |
| 294. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 295. -Mednax Inc | | | | | Buy | 10/22/15 | J | | |
| 296. -Pepsico Inc | | | | | Buy | 06/02/15 | J | | |
| 297. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 298. -Southwest Airlines Co | | | | | Buy | 04/29/15 | J | | |
| 299. -Verizon Inc | | | | | Buy | 01/02/15 | J | | |
| 300. -Walt Disney Co (Holding Co) | | | | | Buy | 08/05/15 | J | | |
| 301. -wpp plc nEW sPON adr | | | | | Buy (add'l) | 08/24/15 | J | | |
| 302. -WPP PLC New SPON ADR | | | | | Buy | 05/06/15 | J | | |
| 303. -Barclays Bank PLC | | | | | Buy | 12/07/15 | J | | |
| 304. -Dallas Fort Worth TX IN SR C RV | | | | | Buy | 04/21/15 | K | | |
| 305. -Florida ST Muni Pwr AGY | | | | | Buy | 03/02/15 | L | | |
| 306. -Broward CO FL ARPT | | | | | Buy | 03/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. –Miami Dade CNTY FLA AVIA | | | | | Buy | 02/06/15 | L | | |
| 308. –Lord Abbett High Yield Fund CL F | | | | | Buy | 06/18/15 | L | | |
| 309. –RS High Income Municipal BD FD CL Y | | | | | Buy | 03/31/15 | L | | |
| 310. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 311. | | | | | Buy (add'l) | 06/02/15 | K | | |
| 312. –Allianz High Yield Bond Fund CL P | | | | | Sold (part) | 06/18/15 | L | A | |
| 313. | | | | | Sold | 07/16/15 | L | A | |
| 314. –Lennar Corp | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. UBS Traditional (IRA) #2 | D | Dividend | M | T | | | | | |
| 317. - Seadrill LTD US Line | | | | | Sold | 12/14/15 | K | A | |
| 318. - Genl Electric Co | | | | | Sold (part) | 12/14/15 | J | B | |
| 319. - Du Pont De Nemours | | | | | Sold (part) | 02/04/15 | L | D | |
| 320. | | | | | Sold (part) | 02/09/15 | M | E | |
| 321. | | | | | Sold | 04/08/15 | M | E | |
| 322. - Angel Oak Multi-Strategy Inc FD CL Inst | | | | | Buy (add'l) | 01/02/15 | J | | |
| 323. | | | | | Buy (add'l) | 02/11/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 325. - Goldman Sachs Strategic Inc CL I | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. - Legg Mason BW Alternative Alternative Credit FD CL I | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. - Lord Abbett Floating Rate FD CL F | | | | | Buy (add'l) | 06/02/15 | J | | |
| 331. | | | | | Sold (part) | 12/14/15 | K | A | |
| 332. | | | | | Sold (part) | 12/14/15 | J | A | |
| 333. - RS Floating Rate Class Y (y) | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. - Sentinel Total Rtn Bnd I | | | | | Sold (part) | 12/14/15 | J | A | |
| 336. | | | | | Sold | 12/14/15 | K | A | |
| 337. | | | | | | | | | |
| 338. -Angel Oak Flexible Income FD CL I | | | | | Buy | 07/16/15 | K | | |
| 339. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  UBS Traditional (IRA) #3 (X) | None | K | T | | | | | | |
| 342.  - UBS AG Trigger PS SX5E (X) | | | | | | | | | |
| 343.  -Citigroup Inc. Trigger PS SX5E (X) | | | | | | | | | |
| 344.  -Morgan Stanley L/O TPAOS SPX SX5E | | | | | Buy | 11/25/15 | K | | |
| 345.  -The Goldman Sachs Group Trigger ROS MID | | | | | Buy | 01/27/15 | K | | |
| 346.  -Goldman Sachs Group Inc Trigger PS EFA | | | | | Buy | 02/24/15 | K | | |
| 347.  -Goldman Sachs Group Inc Trigger AOS RTY | | | | | Buy | 05/27/15 | J | | |
| 348.  -JPMorgan Chase& CO Trigger PS SX5E | | | | | Buy | 04/28/15 | J | | |
| 349. | | | | | | | | | |
| 350. | | | | | | | | | |
| 351. | | | | | | | | | |
| 352. | | | | | | | | | |
| 353. | | | | | | | | | |
| 354. | | | | | | | | | |
| 355. | | | | | | | | | |
| 356. | | | | | | | | | |
| 357. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:
Line 47, (2014 Report)  Actavis PLC  had a corporate name changed in 2015 to Alleregen PLC listed  on  Line  36 (2015 Report).

Note 2:
Line 39, (2014 Report)  Access Midstream Partners LP MLP  had a corporate name changed in 2015 to Line 30, Wiiliams Partners LP MLP

Note 3:
Line 64, (2014 Report)  Marlin Midstream Partners Com  had a corporate name changed in 2015 to Azure Midstream Partners LP MLP
on  Line  49,  (2015 Report).

Note 4:
Line 55, (2014 Report)  Google Inc CL  A had a corporate name changed in 2015 to Alphabet Inc CL A on  Line  42,  (2015 Report).

Note 5:
Line 56, (2014 Report)  Google Inc CL  C had a corporate name changed in 2015 to Alphabet Inc CL  C on  Line  43,  (2015 Report).

Note 6:
Line 61, (2014 Report)  Royal Bank Of Canada inadvertently Included two Securites by the same name - Line 46, (2015 Report) states the
 Corect Name of Royal Bank  of Canada Trigger PS SPX a new Line 88,  (2015 Report) has the second security with a name of
 Royal Bank of Canada Trigger ROS SPX.

Note 7:
Line 87, (2014 Report)  Royal Bank Of Canada inadvertently listed the name incorrectly. Name was changed to Line  58 ,
 (In 2015 Report) Royal Bank of Canada Trigger Step PS SXE

Note 8:
Line 23, (2014 Report)  Lord Abbett Floating Rate  was inadvertently listed as all sold in 2014, This security is added back
 on Line 18, (2015 Report) as Lord Abbett Floating Rate

Note 9:
Line 183, (2014 Report)  Angel Oak Multi Strategy had a corporate name changed in 2015 to Angel Oak Multi Strategy Income Class Instl
on  Line  149,  (2015 Report).

Note 10:
Line 133, (2014 Report)  627 Google  had a corporate name changed in 2015 to Alphabet Inc .  The security however, should  have listed
 individually by class type to properly  reflect the portfolio. As a result, in the 2015 report) the securities are listed on lines 119
 as Alphabet Inc CL a and on line 214 as Alphabet Inc CL C.

Note 11:
Line 199 (2015 Report) name was changes to Royal Bank of Canada Trigger SPS SPX to properly reflect the security and preclude any future
 doubling of the same security

Note 12:
Line 155 (2014 Report) sale of Kinder Morgan Inc  was inadvertently posted as, Sold, the stock was re-entered on line 235 (2015 Report)
 Listed as a final sale

Note 13:
Line 454, (2014 Report)  Angel Oak Multi Strategy Inc  Instl had a corporate name changed in 2015 to Angel Oak Multi Strategy Income
 Fund Class Instl on  Line  322,  (2015 Report).

Note 14:
Line 312, (2015 Report) Allianz High Yield Bond Fund CL P was inadvertently deleted in prevous report, We added it back then sold it.

Note 15:
Line 265 (2015 Report) Was changed to CrossAmerica Partners LP because there was a name change in prior years from
 LeHigh Partners LP (line 444 - 2014 report)
Note 16:
Line 469 (2014) RS Acct #1 this account was closed in 2014 and assets transferred to IRA #2 Line 316  (2015 Report)

Note 17:
Line 112 and 204  (2015) Audit report insisted on having column C entered even though it is a part of Header 90.

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 09/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544